# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DELIO BACALSKI, Individually, and On Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MC COMMUNICATIONS, INC. and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 10-CV-02173-JM (AJB)<br><br>**FINAL ORDER OF JUDGMENT** |

On June 4, 2012, a hearing was held on the unopposed motion of Plaintiff Jose Delio Bacalski ("Plaintiff") for final approval of the Joint Stipulation of Class Settlement and Release ("Settlement") entered into between Plaintiff and Defendant MC Communications, Inc., including its predecessors, successors, affiliates, parents, subsidiaries, and related companies (collectively the "Parties"). Final Approval of the Settlement having been granted, the court finds, concludes, and hereby orders as follows:

The court hereby dismisses this action with prejudice and enters Judgment, provided, however, that without affecting the finality of the Settlement or the Judgment entered herein, this court shall retain exclusive and continuing jurisdiction over the action and the Parties, including all Class Members, for purposes of enforcing and interpreting the Final Approval Order, the Settlement, the claim process established therein, and any such other post-Judgment matters as

may be appropriate under the Federal Rules of Civil Procedure, local rules, or any applicable law.

**IT IS SO ORDERED**.

Dated: June 5, 2012

_____
**Jeffrey T. Miller**
**United States District Judge**